FILED

APR 0 8 2021

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ *fw* _____ DEPUTY

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 | PACIFIC SURF DESIGNS, INC.,          Case No.:  3:20-cv-01464-BEN-BLM
   | a Delaware corporation,
12 |
   |                    Plaintiff,         **ORDER ON JOINT STIPULATION
13 |                                        FOR LEAVE TO FILE FIRST
   | v.                                     AMENDED COMPLAINT**
14 |
15 | WHITEWATER WEST INDUSTRIES,           **[ECF No. 43]**
   | LTD., a Canadian corporation;
16 | GEOFFREY CHUTTER, an individual;
   | FLOWRIDER INC., a California
17 | corporation; MARSHALL MYRMAN, an
   | individual; AQUATIC DEVELOPMENT
18 | GROUP, INC., a New York corporation;
19 | and DAVID KEIM, an individual,
20 |                    Defendants.
21

22        Following the Court's order granting-in-part Defendants' Motion to Dismiss, ECF

23 No. 41, the Parties filed a stipulation pertaining to the filing of a First Amended

24 Complaint. *See* Stip., ECF No. 43.  Good cause appearing, the Court orders as follows:

25        1. Plaintiff's First Amended Complaint, both clean and a redline, are attached to

26 the Stipulation hereto as Exhibit A and B, respectively, and will be deemed filed and

27 served on all parties as of the date of this Court's Order.

28        2. Defendants' Stipulation to the filing of the First Amended Complaint does not

1

1   constitute waiver of any of Plaintiff's or Defendants' rights with respect to this action,

2   and Plaintiff and Defendants maintain all rights that they had prior to this Stipulation.

3       3.   Defendants reserve their right to request clarification of the Court's prior order

4   as to the original Antitrust counts one through three. Plaintiff reserves all of its rights to

5   oppose any such request for further clarification.

6       4.   Defendants shall have 21 days to file their response to the First Amended

7   Complaint.

8       5.   Defendants shall be permitted to file a single, consolidated memorandum of

9   points and authorities of up to 35 pages in support of a joint motion to dismiss the First

10   Amended Complaint for failure to state a claim under F.R.C.P. 12(b)(6), in lieu of filing

11   separate motions for each Defendant. PSD shall have an equal number of pages for its

12   Opposition that Defendants use for their motion to dismiss, and Defendants shall have the

13   number of pages provided by the Local Rules for their Reply.

14   **IT IS SO ORDERED.**

15   Dated: April 7, 2021

16                                            HON. ROGER T. BENITEZ
                                             United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2