# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation; GEOFFREY CHUTTER, an individual; FLOWRIDER INC., a California corporation; MARSHALL MYRMAN, an individual; AQUATIC DEVELOPMENT GROUP, INC., a New York corporation; and DAVID KEIM, an individual,<br><br>Defendants. | Case No.: 3:20-cv-01464-BEN-BLM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DATE TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>[ECF No. 45] |

The Court, having considered the parties' Joint Stipulation to Continue the Date to Respond to the First Amended Complaint, and good cause appearing, ORDERS as follows: Defendants' deadline to file a responsive pleading in response to Plaintiff's First Amended Complaint is continued two weeks from April 29, 2021 to May 13, 2021.

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge