UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation; GEOFFREY CHUTTER, an individual; FLOWRIDER INC., a California corporation; MARSHALL MYRMAN, an individual; AQUATIC DEVELOPMENT GROUP, INC., a New York corporation; and DAVID KEIM, an individual,<br><br>          Defendants. | Case No.:  3:20-cv-01464-BEN-BLM<br><br>**ORDER ON JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 47]** |

The Court, having considered the parties' Joint Stipulation for Leave to File a Second Amended Complaint, and good cause appearing, ORDERS as follows:  Plaintiff may file a Second Amended Complaint within 7 days of this Order.  Defendants shall have 21 days from the date the Second Amended Complaint is filed to respond to the Second Amended Complaint.

      **IT IS SO ORDERED.**

Dated: May 10, 2021

_____

HON. ROGER T. BENITEZ
United States District Judge

1