UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation; GEOFFREY CHUTTER, an individual; FLOWRIDER INC., a California corporation; MARSHALL MYRMAN, an individual; AQUATIC DEVELOPMENT GROUP, INC., a New York corporation; and DAVID KEIM, an individual,<br><br>Defendants. | Case No.: 3:20-cv-01464-BEN-BLM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 67] |

The Court has reviewed Plaintiff Pacific Surf Designs, Inc.'s motion to allow one of its attorneys, Jeffrey E. Grell, to withdraw. ECF No. 67. Plaintiff is currently represented by another lead attorney of record, James Robertson Martin, from Zelle LLP, who will continue representing Plaintiff. Counsel declares his client will not suffer prejudice from his withdrawal. *See* Decl. to ECF No. 67. Good cause appearing, Plaintiff's motion is **GRANTED**. The Clerk of Court shall remove Mr. Grell as counsel of record and terminate his receipt of e-Filings.

**IT IS SO ORDERED.**

Dated: June 18, 2021

HON. ROGER T. BENITEZ
United States District Judge

1