1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                        SOUTHERN DISTRICT OF CALIFORNIA

9

10   PACIFIC SURF DESIGNS, INC.,                  Case No.:   20cv1464-BEN(BLM)

11                              Plaintiff,         **ORDER GRANTING JOINT MOTION
                                                  FOR MODIFICATION OF SCHEDULING
12   v.                                           ORDER**

13   WHITEWATER WEST INDUSTRIES, LTD., et
     al.,                                         **[ECF NO. 92]**
14

15                              Defendants.

16        On August 1, 2022, the parties filed a Joint Motion For Modification of Scheduling Order

17   Regulating Discovery and Other Pre-Trial Proceedings.  ECF No. 92.  The parties seek to continue

18   the remaining case deadlines from anywhere between three to twelve weeks.  Id. at 5.  In

19   support, the parties state that they "have been working diligently and in good faith to meet their

20   discovery obligations and resolve disputes without the need for Court intervention" and "have

21   also served and answered interrogatories and have been producing documents on a rolling basis

22   for the last several months[,]" but that there is a lot of discovery that was not addressed in the

23   previous patent cases that is necessary to this case.  Id. at 3-4.

24        Good cause appearing, the parties' motion is **GRANTED** as follows:

25

26

| Event | Current Date | New Date |
|---|---|---|
| Designation of Experts | August 12, 2022 | September 2, 2022 |

27

28

1

| Designation of Rebuttal Experts | September 16, 2022 | October 7, 2022 |
|---|---|---|
| Mandatory Settlement Conference | December 12, 2022 | December 12, 2022 |
| Confidential Settlement Statements | December 2, 2022 | December 2, 2022 |
| Completion of Fact Discovery | September 30, 2022 | December 16, 2022 |
| Last Day to File Initial Expert Reports | October 28, 2022 | January 13, 2023 |
| Last Day to File Rebuttal Expert Reports | December 2, 2022 | February 17, 2023 |
| Completion of Expert Discovery | January 13, 2023 | March 31, 2023 |
| Last Day for Filing Pretrial Motions, including Daubert Motions | February 10, 2023 | May 5, 2023 |
| Pretrial Disclosures | May 15, 2023 | July 7, 2023 |
| Rule 16(f) Requirements | May 22, 2023 | July 14, 2023 |
| Plaintiff to Submit Pretrial Order to Defendants | May 30, 2023 | July 21, 2023 |
| Final Pretrial Order | June 5, 2023 | July 28, 2023 |
| Final Pretrial Conference | June 12, 2023 | August 7, 2023 @ 10:30 a.m. |

All other guidelines and requirements remain as previously set.  ECF No. 90.

**IT IS SO ORDERED**.

Dated:  8/2/2022

Hon. Barbara L. Major
United States Magistrate Judge

20cv1464-BEN(BLM)