UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD., et al.,<br><br>                         Defendants. | Case No.: 20-cv-1464-BEN-DDL<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND SETTING PROCEDURES FOR CONFERENCE**<br><br>**[Dkt. No. 111]** |

      Before the Court is the parties' Joint Motion to Continue the Mandatory Settlement Conference. Dkt. No. 111. The parties jointly request to continue the Mandatory Settlement Conference ("MSC") to March 9, 2023 or a date thereafter to allow the parties to focus their efforts on completing expert reports, which may impact their evaluations of the case for purposes of settlement. *See generally id.* Good cause appearing, the Joint Motion is **GRANTED**. The MSC is hereby continued to **March 14, 2023** at **1:30 p.m.** The MSC will be conducted by videoconference.

/ / /

/ / /

The following are **mandatory procedures** for the Settlement Conference:

1. **Plaintiff Must Make a Formal Settlement Proposal**: No later than 21 days before the conference, Plaintiff must serve on the defendant a written settlement proposal, which must include a specific demand amount. No later than 14 days before the conference, Defendants must respond to the plaintiff in writing with a specific offer amount.

2. **Who Must Attend**: Lead trial counsel shall appear at the conference with the parties. Any party who is not a natural person shall be represented by the person(s) with full authority to negotiate a settlement. An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage. A person who needs to call another person who is not present before agreeing to any settlement does not have full authority. Personal attendance of a party is mandatory and will only be excused upon a written request that is timely under the circumstances and demonstrates extraordinary hardship. The parties should identify by name and title all attendees at the conference when submitting the confidential statements referenced in paragraph 3.

3. **Settlement Conference Statements and Confidential Settlement Letters**: Each party shall prepare a Settlement Conference Statement that will be exchanged with the other parties. Each party may also prepare an optional Confidential Settlement Letter that will be for the Court's review only. Both the Statement and the Letter (if one is submitted) must be lodged (not filed) via email to efile_leshner@casd.uscourts.gov and must be received by **March 6, 2023**.

4. **Contents of Settlement Conference Statement**: The Settlement Conference Statement shall not exceed 10 pages of text and 20 pages of exhibits. The Settlement Conference Statement shall include the following:

   a) *Substance of the Suit*
      i. A brief statement of the facts of the case.
      ii. The claims and defenses, including the statutory or other

grounds upon which the claims are founded.

  iii. A summary of the proceedings to date, including a list of the motions previously made, their dispositions, and any pending motions.

  iv. A statement of facts not reasonably in dispute.

  v. A list of the key facts in dispute and the specific evidence relevant to a determination of those facts.

  vi. Any discrete issue that, if resolved, would facilitate the resolution of the case.

  vii. A brief statement of the issues of law with respect to liability and damages. The statement must be supported by legal authority, but extended legal argument is not necessary.

b) *Relief Sought*. A statement of the relief sought, including an itemization of damages and any other non-monetary relief.

c) *Settlement Discussions/Proposal and Response*. Except to the extent prohibited by applicable rules of privilege, describe the history and status of any settlement negotiations, including the monetary amount and material terms of the demand and offer referenced in paragraph 1.

 5. **Confidentiality:** The parties are encouraged to discuss their case in a respectful and candid manner. To facilitate this, any statements made during the conference will not be admissible at trial.

**IT IS SO ORDERED.**

Dated: January 26, 2023

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge