1
2
3
4
5

**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165 )
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800 Irvine, CA  92612-0514
949.760.1121

6
7
8
9
10
11

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
Shira Liu (SBN 274158)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

12
13
14

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

15
16
17
18
19
20
21
22

| | |
|---|---|
| **Pacific Surf Designs, Inc.,** | CASE NO. 3:20-cv-01464-BEN-DDL |
| Plaintiff, | Hon. Judge Roger T. Benitez |
| vs. | **Declaration of Marshall Myrman in Support of Motion for Summary Judgment** |
| **WhiteWater West Industries, Ltd., et al.,** | |
| Defendants. | Date:   June 5, 2023 |
| | Time:  10:30 a.m. |
| | Ctrm:  5A |

23
24
25
26
27
28

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 76507485v1

## Declaration of Marshall Myrman

1.      I, Marshall Myrman, declare as follows:

2.      Since April 2013, I have been the President of Flowrider, Inc., a subsidiary of WhiteWater West Industries, Ltd. Before that, I worked at Wave Loch LLC.

3.      I oversaw and approved the creation of marketing videos that were posted on YouTube and linked to the Flowrider website in November 2017. In the video, Flowrider employees dropped watermelons onto structures covered by different surfaces. One of them was the patented "tension fabric" surface used on Flowrider sheet wave machines since around 2003 or 2004. Another, was the "inflatable" surface, which has been used on certain newer sheet wave machines produced by Flowrider. A third, which the video referred to as "old technology," was a surface that featured foam-laminated vinyl covering the underlying metal substructure; that surface had been used on certain Wave Loch and WhiteWater sheet wave machines in the past.  A similar surface is still being used by a number of competitors that make sheet wave machines.

4.      The purpose of the videos was to show that the Flowrider's tension fabric surface and inflatable surface were softer to land on than the surface using foam-laminated vinyl. The videos showed the watermelons bouncing off of the tension fabric surface and inflatable surface, but breaking when they landed on the foam-laminated vinyl surface.  At no point in the video is use of the foam-laminated vinyl surface attributed to Pacific Surf Designs, Inc. ("PSD") or any other competitor's sheet wave machines.

5.      I understand that PSD has alleged that one of the videos was misleading, and that it defamed PSD's sheet wave machines. Neither is true.

6.     PSD has complained that the first video used a concealed "foam pad" under the platforms featuring the tension fabric and inflatable surfaces, in order to soften the impact of the watermelons on the surface. That is not correct. While we did put padding under the platforms, that was because the watermelons that landed on the tension fabric and inflatable surfaces tended to bounce up and off the platform, land on the floor, and break. This happened so often that we were running out of watermelons to use in the video. We used the padding to prevent the watermelons from breaking when they bounced onto the floor not as an additional cushion to skew the results of the testing captured in the video.

7.     The video was not misleading. In 2018, WhiteWater commissioned a study by independent laboratory company Westpak, Inc., which showed that the "shock response" or force of impact from landing on the tension fabric and inflatable surfaces was far less than on the foam-laminated vinyl surface. **Exhibit 1** to this declaration is a true and correct copy of the report. PSD has also claimed that when water is on the surface in actual operation of a sheet wave ride, the foam-laminated vinyl surface performs much better relative to the tension fabric and inflatable surfaces than indicated by the video. I have never seen anything indicating that is true. Instead, I have always understood that the Flowrider's tension fabric and inflatable surfaces are softer and safer to fall on than sheet wave machines using the foam-laminated vinyl surface.

8.     In the fall of 2018, after PSD accused WhiteWater of deception, we created a second video and used it to replace the first. This second video was also uploaded to YouTube. It did not use any separate padding under the tension fabric or inflatable surfaces, and showed similar results to the first. It also showed the results of the Westpak testing.

9.     Neither of the videos disparaged PSD or its products. In fact, neither of them claimed that the foam-laminated vinyl surface was the same as PSD's, nor

made any other reference to PSD at all. The second video replaced the reference to "old technology" with "Flowrider, Inc.'s Foam & Vinyl on Expanded Metal."

I declare under penalty of perjury under the laws of the United States that the foregoing in true and correct.

Executed on May 3ᴿᴰ, 2023.

Marshall Myrman

# TABLE OF CONTENTS

## DECLARATION OF MARSHALL MYRMAN EXHIBITS

| Exhibit | Description | Page Number |
|---|---|---|
| 1 | Westpak Foam Impact Response Testing Report for Flowrider | 6 |

# EXHIBIT 1

**EXHIBIT 1**
Page 006



QUALITY DELIVERED

ISO 17025 Accredited
ISO 9001 Certified

# FLOWRIDER

## FOAM IMPACT RESPONSE TESTING

### of the Ride Surfaces

### Report No. 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B

### Proposal No. 47732 Revision D

## Customer Information

**FlowRider**
**Eliza Dawson**
3655 Pacific Highway #A
San Diego, CA 92101

## Laboratory Information

Test engineers:          Sean Rubenstein and Jeffrey Reid; *Westpak™*
Test dates:              February 21st, 2018 through April 9th, 2018
Westpak™ laboratory:     San Diego, California
Visitor:                 Eliza Dawson; *FlowRider*

WESTPAK™ is accredited to ISO 17025 *General Competence for Testing and Calibration Laboratories*, and registered to ISO 9001 *Quality Management*. Please visit http://www.westpak.com/page/quality/quality-certificates for WESTPAK, Inc.'s ISO 17025 Scope of Accreditation.





83 Great Oaks Boulevard ● San Jose ● CA ● 95119 ● Phone: 408.224.1300
10326 Roselle Street ● San Diego ● CA ● 92121 ● Phone: 858.623.8100

www.westpak.com

**EXHIBIT 1**
Confidential Page 007                                                                    WW0033246



**WESTPAK**
*EXCELLENCE IN TESTING*

*QUALITY DELIVERED*

*ISO 17025 Accredited*
*ISO 9001 Certified*

## Purpose of Testing

The purpose of testing was to run a comparative analysis of the various Ride Surfaces and their respective responses to shock input. Nine (9) different impact surfaces were exposed to the following test input:

| Test Input | Standard Referenced | Inspections |
|---|---|---|
| Client Defined Shock Input | Client Specified | During Testing |

Acceptance criteria are determined by **FlowRider**.

## Test Equipment and Instrumentation

Please refer to Appendix I for equipment and instrumentation information and calibration dates.

**EXHIBIT 1**
Confidential  Page 008

WW0033247

**WESTPAK**
*EXCELLENCE IN TESTING*

QUALITY DELIVERED
*ISO 17025 Accredited*
*ISO 9001 Certified*

## Product Information

Product:                 Ride Surfaces

| Ride Surface | Quantity |
|---|---|
| 1-1/4" AMC Medium | 1 |
| 1-1/4" Windboss – New | 1 |
| 1-1/4" Windboss – Current | 1 |
| 1-1/4" Roller Foam – Old | 1 |
| 2" Windboss – New | 1 |
| 2" Windboss – Current | 1 |
| Foam and Vinyl on Steel | 1 |
| Tensioned Vinyl | 1 |
| Inflated Surface | 1 |



**Foam Surface Examples**



**Tension Surface**

**EXHIBIT 1**
Confidential Page 009

WW0033248



QUALITY DELIVERED

ISO 17025 Accredited
ISO 9001 Certified

## Test Description

### Shock Input

The samples were subjected to a shock input from a customized half dome impactor. Three (3) drops were conducted at each of the three (3) various drop heights for each of the nine (9) Ride Surfaces. The shock response data was captured for each shock input through an accelerometer mounted to the impactor.

Drop Heights:     15.0", 30.0", 45.5"
Impact Mass:      7.8 lbs



Impactor



Accelerometer Location



Free Fall Mass



During Impact

Report No. 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B

Page 4 of 14

EXHIBIT 1
Confidential Page 010

WW0033249



QUALITY DELIVERED

ISO 17025 Accredited
ISO 9001 Certified

## Results and Observations

| Test Input | Observations | Appendix |
|---|---|---|
| Shock Testing | The shock responses varied from each Ride Surface. The results of these shocks are summarized in Appendix II of this report. | II |

Report No. 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B                    Page 5 of 14

**EXHIBIT 1**
Confidential Page 011

WW0033250



WESTPAK
EXCELLENCE IN TESTING

QUALITY DELIVERED
ISO 17025 Accredited
ISO 9001 Certified

## Conclusions

Nine (9) Ride Surfaces were subjected to impact testing as outlined by **FlowRider.**

Upon test completion, the test samples were returned to **FlowRider** for further evaluation. The results of any such evaluations are unavailable to Westpak™ at this time.

There were no anomalies throughout the conduct of this test that would detract from the ability of **FlowRider** from making reasonable judgments regarding the testing conducted herein.

**WESTPAK**™ is pleased to present this report to **FlowRider** covering the foam impact response testing of the Ride Surfaces. The test results apply to the samples described in this report. The equipment used to conduct this testing has been recently calibrated and is known to be in good operating condition. In addition, the test operators use good laboratory practice at all times. Therefore, the data is considered accurate and reliable. However, there is no warranty expressed or implied with the submission of this report, and **FlowRider** assumes all liability for use of the data contained herein.

Respectfully submitted,
**WESTPAK, INCORPORATED**

Reviewed By

Jeffrey Reid
Mechanical Engineer III
April 16, 2018

Andrew Thomas
Lab Manager
April 17, 2018

**EXHIBIT 1**
Confidential Page 012                                                     WW0033251

# APPENDIX I

## EQUIPMENT AND INSTRUMENTATION

| Instrumentation & Equipment | Westpak™ No. | Model No. | Last Calibration Date |
|---|---|---|---|
| Mettler Toledo Analog Bench Scale 300# capacity | 1654 | BBA221-B150 | 8/4/2017 |
| PCB Single Axis Accelerometer | 1878 | 353B15 | 5/30/2017 |
| Test Partner/Lansmont Capture and Analysis System | 1055 | 103571-1-B | 7/13/2017 |
| Stanley 16' Tape Measurer | 1812 | 33-885 | 3/1/2018 |
| Notes:    All calibration conducted annually on instrumentation only. | | | |

**EXHIBIT 1**
Confidential Page 013

WW0033252

# APPENDIX II

## SHOCK RESPONSE
## DATA

**EXHIBIT 1**
Confidential Page 014

WW0033253

## Table 1
## 15.0 Inch Drop Average Values

| Sample Group | Acceleration (G) | Shock Duration (msec) | Average Deflection (Inch) |
|---|---|---|---|
| Inflated Surface | 16 | 37.8 | 1.7 |
| Tensioned Vinyl | 17 | 34.4 | 2.1 |
| 2 Windboss-New | 25 | 22.9 | 1.1 |
| 2 Windboss-Current | 25 | 22.0 | 1.1 |
| 1-1_4 Windboss-New | 29 | 18.5 | 0.9 |
| 1-1_4 Windboss-Current | 30 | 17.7 | 0.9 |
| 1-1_4 Roller Foam-Old | 32 | 17.8 | 0.9 |
| 1-1_4 AMC Medium | 33 | 16.2 | 0.8 |
| Foam and Vinyl (Steel) | 33 | 16.7 | 0.8 |

Report No. 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B                    Page 9 of 14

**EXHIBIT 1**
Confidential Page 015

WW0033254

## Table 2
## 30.0 Inch Drop Average Values

| Sample Group | Acceleration (G) | Shock Duration (msec) | Average Deflection (Inch) |
|---|---|---|---|
| Inflated Surface | 23 | 36.0 | 2.3 |
| Tensioned Vinyl | 25 | 31.0 | 2.7 |
| 2 Windboss-New | 36 | 20.7 | 1.5 |
| 2 Windboss-Current | 37 | 19.8 | 1.4 |
| 1-1_4 Windboss-New | 42 | 16.6 | 1.3 |
| 1-1_4 Windboss-Current | 44 | 16.1 | 1.2 |
| Foam and Vinyl (Steel) | 47 | 15.6 | 1.2 |
| 1-1_4 AMC Medium | 48 | 15.0 | 1.1 |
| 1-1_4 Roller Foam-Old | 49 | 15.8 | 1.2 |

**EXHIBIT 1**
Confidential

WW0033255

## Table 3
## 45.5 Inch Drop Average Values

| Sample Group | Acceleration (G) | Shock Duration (msec) | Average Deflection (Inch) |
|---|---|---|---|
| Inflated Surface | 26 | 35.1 | 3.0 |
| Tensioned Vinyl | 32 | 28.7 | 3.1 |
| 2 Windboss-New | 43 | 19.6 | 1.9 |
| 1-1_4 Windboss-New | 45 | 16.1 | 1.8 |
| 2 Windboss-Current | 45 | 18.6 | 1.8 |
| 1-1_4 Windboss-Current | 49 | 15.2 | 1.6 |
| 1-1_4 AMC Medium | 50 | 14.8 | 1.6 |
| Foam and Vinyl (Steel) | 57 | 14.5 | 1.4 |
| 1-1_4 Roller Foam-Old | 58 | 14.7 | 1.5 |

**EXHIBIT 1**
Confidential Page 017

WW0033256



EXHIBIT 1
Confidential

Page 018

WW0033257



FlowRider; 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B
All Samples 30 inch Drop Height

**EXHIBIT 1**
Confidential
Page 019

WW0033258



**EXHIBIT 1**

Confidential
Page 020

WW0033259