**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165 )
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
949.760.1121

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
Shira Liu (SBN 274158)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **WhiteWater West Industries, Ltd., et al.**, <br><br> Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL <br> Hon. Judge Roger T. Benitez <br><br> **Declaration of Josh Ornelaz in Support of Motion for Summary Judgment** <br><br> Date:  June 5, 2023 <br> Time:  10:30 a.m. <br> Ctrm:  5A |

## Declaration of Josh Ornelaz

1. I, Josh Ornelaz, declare as follows:

2. I am a Brand and After-Sales Manager for FlowRider, Inc., a subsidiary of WhiteWater West Industries, Ltd. I have worked for FlowRider since 2012. Among my responsibilities at FlowRider have been the installation and refurbishment of sheet wave machines at various customer locations.

3. In December 2015, I visited the Moon Palace water park in Cancun, Mexico for an inspection of the FlowRider sheet wave machine that had been installed there some time before. The Moon Palace representatives told me that within the prior several weeks, employees of Pacific Surf Designs, Inc. ("PSD") or a related firm had done repair work on the sheet wave machine. When I inspected the machine, I found a number of problems, including delamination of a nozzle on the machine that I was told the PSD employees had worked on. The Moon Palace representatives told me that the nozzles PSD worked on had failed within a week of the repair work. **Exhibit 1** is a copy of the report I wrote on the inspection. Based on what I saw, I did not think PSD had done a good job on its repair work.

4. The Moon Palace representatives told me that they were not happy with the repair work that PSD or its related firm had done. They later hired FlowRider to re-do the repairs and perform other refurbishment on the sheet wave machine.

5. In August 2016, I returned to the Moon Palace park with others from FlowRider to do the refurbishment work. The job lasted several weeks, and we finished in mid-September. Afterward, I wrote a report on the job, in which I mentioned that because of "previous work from outside vendors"—referring to the repair work that PSD had done—FlowRider could not provide a warranty on the damaged nozzles that we had repaired. **Exhibit 2** is a copy of the report.

BN 76401947v2

6. I understand that PSD has alleged that a statement posted on FlowRider's website, which said that Moon Palace had said it was "disappointed" with its experience with "another company" that had done refurbishment on its sheet wave, was a false statement. PSD is wrong. Moon Palace representatives told me about their disappointment directly and in person. That disappointment is the reason Moon Palace hired Flowrider to re-do the work the PSD or its related firm did.

I declare under penalty of perjury under the laws of the United States that the foregoing in true and correct.

Executed on May __1__, 2023.

_____
Josh Ornelaz

## TABLE OF CONTENTS

## DECLARATION OF JOSH ORNELAZ EXHIBIT

| Exhibit | Description | Page Number |
|---|---|---|
| 1 | FlowRider Claim Report Written by Josh Ornelaz Related to Moon Palace – FlowRider Inspection | 5 |
| 2 | Moon Palace Refurbishment Report Written by Josh Ornelaz Related to Moon Palace Cancun Project | 9 |

# EXHIBIT 1

**EXHIBIT 1**
Page 005



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada

# FlowRider Claim Report

| | |
|---|---|
| **Project Number:** | 31162 |
| **Project Name:** | Moon Palace – FlowRider Inspection |
| **Site Supervisor:** | Josh Ornelaz |
| **Project Manager:** | Guy Taylor |
| **Date:** | |

| Equipment | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| Labor | |
|---|---|
| FlowRider | 1 |
| | |
| | |
| | |
| | |
| | |

**Weather**:   Great weather

Please Copy & paste photos through this report

1. **Work Performed:**
   - Full External Inspection.
   - Internal Inspection (Tank was not drained).
   - Inspected all sign of flow decay: Ride surface tension, nozzle gap, VFD, Water level.
     - Water level will be raised tonight, all other areas check out perfectly.
   - On site during public operational hours from 9 AM – 4 PM.
     - Observed all daily operations: waiver sign up lifeguard instruction, safety procedures, patron queue.
   - Met with Omar regarding FlowRider Operation Procedure Manual (OPM) and recommend lifeguard and safety training for entire lifeguard staff.

2. **Problems Encountered:**
   - Minor Flow decay but self-correcting.
     - Only happens when a body boarder is in the middle of the wave where the water flow is weakest.
   - Right front nozzle has delaminated after recent repair.
   - Rear tension hardware has extreme discoloring (not 316 stainless steel).
   - Multiple areas of the vinyl need repaired.
   - Transverse Divider Foam is not fully bonded to the steel and is a major trip hazard to guest.
   - Minor crack on previously repaired weld on front vertical steel support.

**CC Reports to:** Project Manager, Construction Manager, Project Assistant, & Director of Project Services

**Daily Report Focus:** <u>**PROBLEMS, COSTS, SCHEDULE**</u>

**EXHIBIT 1**
Page 006
CONFIDENTIAL                                                                 WW0087260



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada




3. **Other Comments:**
   - Main contact on site was Omar who can be contacted at omrodriguez@palaceresorts.com
   - No problems riding the wave for a skilled rider, problems are only occurring while a body boarder is constantly in the middle of the wave.

4. **Site Supervisors Requests:**
   **(Site Supervisor to follow up with Project Manager)**
   - Static water level is currently 120 cm roughly 18 inches below the bottom of the nozzle.
     - Moon Palace staff will raise water level over night and test in the morning.
   - Recommend safety and lifeguard training to get Moon Palace up to FlowRider's current OPM standards.
   - Fabricate new nozzle bridge steel.
   - Coordinate with Moon Palace to have an impact gun and 30 mm socket to tension ride surface (eliminate hand power and use proper tools).
   - Replace repaired front vertical supports.
   - New FlowRider approved nozzle flaps.
   - New ride surface for discoloration.

5. **Client Requests:**
   - Engineer plan moving forward.
   - Quote for new foam and vinyl.

CC Reports to: Project Manager, Construction Manager, Project Assistant, & Director of Project Services

Daily Report Focus: **_PROBLEMS, COSTS, SCHEDULE_**

EXHIBIT 1
Page 007
CONFIDENTIAL                                                                                     WW0087261



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada





**CC Reports to:** Project Manager, Construction Manager, Project Assistant, & Director of Project Services

**Daily Report Focus: *PROBLEMS, COSTS, SCHEDULE***

EXHIBIT 1
Page 008
CONFIDENTIAL WW0087262

# EXHIBIT 2

**EXHIBIT 2**



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada

# Moon Palace Refurbishment Report

| **Project Number:** | 35767 |
| --- | --- |
| **Project Name:** | Moon Palace Cancun |
| **Site Supervisor:** | Josh Ornelaz |
| **Project Manager:** | |
| **Date:** | August 26- September 18, 2016 |

| Equipment | | Labor | |
| --- | --- | --- | --- |
| Welding | 3 days | FlowRider | 4 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Weather**: Sun and Rain

Please Copy & paste photos through this report

1. **Work Performed:**

   - Removed all old foam and vinyl on all walls, side enclosures, front tension pads, rear tension pads, and nozzles.
   - Fixed all concrete edges to 90 degree angles and raised concrete step height 50 mm to be flush with walkway.
   - Removed surface for new steel package.
   - Removed rear Pillow Padding Deck.
   - Removed front roller bar and bracket.
   - Removed all front recovery support system (Vertical supports, Kicker supports, and Turnbuckles).

**Refurbishment Work**

   - Installed new foam padding system and vinyl throughout all walls, side enclosures, front/rear tension pads, rollers, removable pads, nozzle, and Nozzle Bridge.
   - Waterproofed and sealed all edges with UV 4000.
   - By raising the concrete step 50 mm water can no longer sit in high impact areas.
   - Had rear ledger fabricated to act as a batten and add support for the rear pillow padding deck.
   - Had steel fabricated for Nozzle Bridge (Plastic and foam prior to FlowRider coming to site).
   - Lowered Front Roller bar to have a 30 mm gap between Nozzle and top of roller.

**CC Reports to:** Project Manager, Construction Manager, Project Assistant, & Director of Project Services

**Daily Report Focus:** _PROBLEMS, COSTS, SCHEDULE_

EXHIBIT 2
CONFIDENTIAL - FOR COUNSEL ONLY                                                                 WW0037215



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada

- o This will allow for the water flow to not hit the bar and cause future issues.
- Installed new reinforced brackets with 7 anchors.
- Installed New Front Recovery Verticals with reinforced steel.
- Installed three additional kickers for support against any pull force.
- Installed new front turnbuckles with reinforced steel.
- FlowRider provided Moon Palace with the newest side tension available.
  - o Removed old bracket system and cute old anchors off.
  - o Installed new system that includes straps and tension blocks.
  - o We were able to make this switch with minimal delays.
  - o With the addition of the new system we welded the old kicker system to the sidewall bracket 1-10 on each side.
- Fabricated on site the cutting and welding of the rear tension pads to be compatible with the Pillow Padding system.
- Installed a new nozzle bridge to eliminate the previous gap that was exposed between the nozzle and wave surface.

2. **Problems Encountered:**

   - Three-day delay due to FlowRider shipment being held in Mexico's customs in Cancun. Delivered to site mid-day August 29, 2016.
   - Multiple rain delays during vinyl process
   - 11/20 tension brackets seized (Find solution under work performed)
   - Electrical delay on Pump 2 VFD due to corrosion and cleanliness of the unit.

3. **Other Comments:**

   - After all the work was completed the ride is riding with zero decay issues and is now tensioned correctly.
   - The steel refurbishment was a huge success and with a 30 mm gap there should be no issues moving forward.
   - ==Due miscellaneous welding not part of FlowRider's nozzle design, and previous work from outside vendors, FlowRider cannot warranty any work on these specific nozzles.==

4. **Site Supervisors Requests:**
   **(Site Supervisor to follow up with Project Manager)**

   - Any issues do not hesitate to contact FlowRider directly.

5. **Client Requests:**
   - FlowRider will provide Moon Palace with a quote for these items as requested for future work:
     - o Ride Surface
     - o Pillow Padding
     - o ==Pre-fabricated nozzles (Highly Recommended)==
   - Ideal static water level height.

**CC Reports to:** Project Manager, Construction Manager, Project Assistant, & Director of Project Services

**Daily Report Focus:** *PROBLEMS, COSTS, SCHEDULE*

**EXHIBIT 2**
Page 011

CONFIDENTIAL - FOR COUNSEL ONLY



**Corporate Head Office**
WhiteWater West Industries Ltd. 6700 McMillan Way Richmond BC V6W 1J7 Canada

**CC Reports to:** Project Manager, Construction Manager, Project Assistant, & Director of Project Services

**Daily Report Focus:** *PROBLEMS, COSTS, SCHEDULE*

**EXHIBIT 2**
CONFIDENTIAL - FOR COUNSEL ONLY
WW0037217