**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
949.760.1121

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **WhiteWater West Industries, Ltd., et al.**, <br><br> Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL <br> Hon. Judge Roger T. Benitez <br><br> **Notice of Errata re: Declaration of Geoffrey Chutter in Support of Motion for Summary Judgment** <br><br> Hearing Date: June 5, 2023 <br> Ctrm:  5A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**Please take notice** that Defendant WhiteWater West Industries, Ltd. hereby corrects the Declaration of Geoffrey Chutter in Support of Motion for Summary Judgment (Doc. 124-3) as follows:

On May 6, 2023,[1] WhiteWater filed its Motion for Summary Judgment and supporting documents, including the Declaration of Geoffrey Chutter. Upon reviewing the Declaration of Geoffrey Chutter, WhiteWater recently discovered a drafting error that misidentified WhiteWater's 2014 acquisition of rights relating to U.S. Patent No. 6,491,589 (the " '589 Patent") as a purchase rather than a license.

A corrected version of Mr. Chutter's declaration correcting that error is attached hereto as Exhibit 1. The corrected version of paragraph 5 is copied below, which shows the changes made to the declaration in redline.

> Specifically, as to *Flowrider Surf Ltd. v. Pacific Surf Designs, Inc.*, Case No. 14-cv-01110, I reviewed information on sheet wave machines that PSD was selling and offering for sale, consulted with others inside and outside the company, and believed that PSD's products infringed on Patent No. 6,491,589 (the "'589 Patent"), which WhiteWater had recently bought from Wave Loch, Inc. Over a number of years, WhiteWater had paid millions of dollars to Wave Loch to license that patent and other intellectual property. In 2014, WhiteWater paid another $2.5 million, and agreed to pay future royalties, to ~~buy~~ license the patent (through Flowrider Surf), along with licensing or purchasing other assets. In total, WhiteWater has paid over $19 million to license or buy those assets. I believed when the litigation was filed, and continue to believe today, that the '589 Patent was valid when issued and should have remained valid until its term expired in 2020.

---

[1] WhiteWater was prevented from filing its Motion for Summary Judgment and supporting documents on May 5, 2023 due to an outage in the CM/ECF system.

No other changes have been made.

DATED: May 17, 2023

BUCHALTER

A Professional Corporation

By: *(signature)*
Joshua M. Robbins
Attorneys for Defendants