BUCHALTER
A Professional Corporation
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
949.760.1121

CROWELL & MORING LLP
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WHITEWATER WEST INDUSTRIES, LTD., et al.,<br><br>Defendants. | Case No. 3:20-CV-01464-BEN-DDL<br><br>Hon. Judge Roger T. Benitez<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND ADJUSTING DATES**<br><br>Date: June 5, 2023<br>Time: 10:30 AM<br>Courtroom 5A |

1   Pursuant to Local Rule 7.1(e), Defendants Whitewater West Industries, Ltd. and Aquatic Development Group, Inc. (collectively, "Defendants") seek an order shortening time for a hearing on their Motion to Strike the Declaration of S. Ilan Guedj, Ph.D., Filed in Support of Pacific Surf Design's Opposition to Defendants' Motion to Exclude Expert Testimony of S. Ilan Guedj, Ph.D. ("Motion to Strike").

On October 28, 2022, this Court entered its Order Granting in Part and Denying in Part the Joint Motion for Modification of the Scheduling Order (ECF No. 97, hereinafter "Scheduling Order"), which set deadlines for initial and rebuttal expert reports. The Scheduling Order does not provide for any additional expert reports. On February 3, 2023, Plaintiff Pacific Surf Designs, Inc. ("PSD") served the Expert Report of S. Ilan Guedj, Ph.D. ("Guedj Report"). *See* ECF No. 128-3. Defendants served the Rebuttal Expert Report of Jonathan T. Tomlin, Ph.D. on March 10, 2023. PSD did not serve a rebuttal expert report.

On May 5, 2023, Defendants filed a *Daubert* Motion seeking to exclude Dr. Guedj's testimony. *See* ECF No. 128 (hereinafter "Guedj *Daubert* Motion"). Defendants' Guedj *Daubert* Motion identified multiple reasons why the Guedj Expert Report is unreliable. Concurrently with its Opposition to Defendants' Guedj *Daubert* Motion—and without providing any notice to Defendants or seeking leave from the Court—PSD filed an Expert Declaration of S. Ilan Guedj, Ph.D. ("Guedj Reply Report"), on May 22, 2023. ECF No. 141-2. The Guedj Reply Report attempts to cure deficiencies identified in Defendants' Guedj *Daubert* Motion.

In light of PSD's improper filing of the Guedj Reply Report, on May 24, 2023, Defendants informed PSD that Defendants intended to file a Motion to Strike the Guedj Reply Report. Decl. of Chahira Solh Supp. Mot. to Shorten Time (hereinafter, "Solh Decl."), Ex. A. Defendants also informed PSD that they planned to contemporaneously seek to shorten time, requesting that the Court hear the Motion to Strike on June 5, 2023, along with Defendants' pending *Daubert* Motions. *Id.* In the email, Defendants explained that they would propose a deadline of June 1, 2023,

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

UNOPPOSED EX PARTE APPLICATION FOR ORDER
SHORTENING TIME AND ADJUSTING DATES
CASE NO. 3:20-CV-01464-BEN-DDL

for PSD to oppose Defendants' Motion to Strike. *Id*. PSD's counsel took no position on Defendants' Motion to Shorten Time and agreed to a June 1, 2023 deadline for its Opposition to Defendants' Motion to Strike should Defendants' Motion to Shorten Time be granted. *Id.*

Defendants file their Motion to Strike the Declaration of S. Ilan Guedj, Ph.D. ("Motion to Strike") concurrently with this unopposed *Ex Parte* Application for Order Shortening Time and Adjusting Dates.

Good cause exists to grant the instant unopposed *Ex Parte* Application for Order Shortening Time and Adjusting Dates. PSD filed the Guedj Reply Report over two months after the Court's deadline for expert reports, without providing notice to the Defendants and without seeking leave from the Court. Under the default briefing and hearing schedule, the soonest Defendants' Motion to Strike would be heard is June 26, 2023, three weeks after the June 5, 2023 hearing for Defendants' pending *Daubert* Motions. Solh Decl., ¶ 3. This schedule would result in an inefficient use of the Court's time and resources. Moreover, fact and expert discovery have closed in this matter and the August 8, 2023 trial date is quickly approaching, leaving Defendants with no time to question or respond to Dr. Guedj's new opinions, evidence, and analyses provided in his Reply Report. Shortening the time necessary to hear Defendants' Motion to Strike will resolve whether PSD can put forward testimony based on the untimely Guedj Reply Report and help the parties efficiently identify and streamline the issues for trial.

Defendants accordingly propose that the Court enter the following schedule with respect to Defendants' Motion to Strike:

- Plaintiff will file its Opposition, if any, to Defendants' Motion to Strike on or before June 1, 2023;
- The hearing on the Motion to Strike to be held on June 5, 2023.

Defendants' proposed schedule attempts to minimize the Court's burden by not adding an additional hearing date. Additionally, Plaintiff's counsel does not

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

UNOPPOSED EX PARTE APPLICATION FOR ORDER
SHORTENING TIME AND ADJUSTING DATES
CASE NO. 3:20-CV-01464-BEN-DDL

1  oppose Defendants' proposed shortened briefing schedule.  *See* Solh Decl., Ex. A.

2  For the reasons stated above, Defendants respectfully request that the Court

3  grant this Motion to Shorten Time and enter the proposed schedule for Defendants'

4  Motion to Strike.

5  Dated:  May 26, 2023                                **CROWELL & MORING LLP**

By:/s/ Chahira Solh
Chahira Solh
*Attorneys for Defendants*
E-mail: csolh@crowell.com

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

UNOPPOSED EX PARTE APPLICATION FOR ORDER
SHORTENING TIME AND ADJUSTING DATES
CASE NO. 3:20-CV-01464-BEN-DDL