**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
949.760.1121

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **WhiteWater West Industries, Ltd., et al.**, <br><br> Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL <br> Hon. Judge Roger T. Benitez <br><br> **Notice of Errata re: Defendants' Objections to Plaintiff's Evidence Filed In Support of Opposition to Motion for Summary Judgment** <br><br> Hearing Date: June 5, 2023 <br> Ctrm:  5A |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**Please take notice** that Defendants WhiteWater West Industries, Ltd. and Aquatic Development Group, Inc. hereby correct Defendants' Objections to Plaintiff's Evidence Filed in Support of Opposition to Motion for Summary Judgment (Doc. 147-1 and 148-1) as follows:

On May 26, 2023 Defendants filed their Objections to Plaintiff's Evidence in Support of Opposition to Motion for Summary Judgment. Upon reviewing the document, Defendants' discovered that the document was filed unsigned.

A corrected, signed version of the Objections is attached hereto as Exhibit 1. No other changes have been made.

DATED: May 30, 2023

**BUCHALTER**
A Professional Corporation

By: _____
Joshua M. Robbins
Attorneys for Defendants