BUCHALTER
A Professional Corporation
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Adam M. Sechooler (SBN 293860)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
949.760.1121

CROWELL & MORING LLP
Daniel A. Sasse (SBN 236234)
Chahira Solh (SBN 248985)
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
949.263.8400

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation, | Case No. 3:20-cv-01464-BEN-DDL |
| Plaintiff, | Hon. Roger T. Benitez |
| v. | |
| WHITEWATER WEST INDUSTRIES, LTD., et al., | **PROOF OF SERVICE** |
| Defendants. | Date:   June 5, 2023 Time:  10:30 AM Courtroom 5A |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that following documents:

NEF 150 – proposed sealed document

NEF 151 – proposed sealed document

NEF 152 – proposed sealed document

NEF 153 – proposed sealed document

NEF 154 – proposed sealed document

NEF 155 – proposed sealed document

NEF 156 – proposed sealed document

were served on May 29, 2023, on the counsel below via electronic means to the addresses provided below:

| Jennifer Duncan Hackett<br>James R. Martin<br>**ZELLE LLP**<br>1775 Pennsylvania Avenue, NW Suite 375<br>Washington, D.C. 20006 | *Attorneys for Plaintiff:*<br>*Pacific Surf Designs, Inc.*<br><br>Telephone: (202) 899-4100<br><br>jhackett@zellelaw.com<br>jmartin@zellelaw.com |
|---|---|

and were served on May 30, 2023, on the counsel below via electronic means to the addresses provided below:

| Judith A. Zahid<br>James S. Dugan<br>Bryan Wang<br>**ZELLE LLP**<br>555 12th Street, Suite 1230<br>Oakland, CA 94607 | *Attorneys for Plaintiff:*<br>*Pacific Surf Designs, Inc.*<br><br>*Telephone: (415) 693-0700*<br><br>*jzahid@zellelaw.com*<br>*jdugan@zellelaw.com*<br>*bwang@zellelaw.com* |
|---|---|
| Seth V. Jackson<br>**ZELLE LLP**<br>161 Worcester Road, Suite 502<br>Framingham, MA 01701 | *Attorneys for Plaintiff:*<br>*Pacific Surf Designs, Inc.*<br><br>*Telephone: (781)466-0726*<br><br>*sjackson@zellelaw.com* |

| | |
|---|---|
| Manuel de la Cerra<br>**THE LAW OFFICE OF MANUEL**<br>**DE LA CERRA**<br>7040 Avenida Encinas<br>Suite 104-381<br>Carlsbad, CA 92011 | *Attorneys for Plaintiff:*<br>*Pacific Surf Designs, Inc.*<br><br>*Telephone: (760) 809-2250*<br><br>*manny@delacerralaw.com* |

        I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

        Executed this 30th day of May, 2023, at Los Angeles, California


                                        */s/ Chahira Solh*
                                        Chahira Solh
                                        Attorneys for Defendants
                                        E-mail: csolh@crowell.com