1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SURF DESIGNS, INC., a Delaware corporation, | Case No.:  3:20-cv-01464-BEN-DDL |
| Plaintiff, | **ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME** |
| v. | |
| WHITEWATER WEST INDUSTRIES, LTD., et al., | |
| Defendants. | |
| | **[ECF No. 161]** |

On May 26, 2023, Defendants' filed an Unopposed *Ex Parte* Application for Order Shortening Time to Hear the Motion to Strike. (the "Motion"). ECF No. 161.

The Court, having considered the Motion and for good cause shown, GRANTS the Motion.  IT IS HEREBY ORDERED THAT:

1. Any papers in opposition to Defendants' Motion to Strike the Declaration of S. Ilan Guedj, Ph.D. (ECF No. 161), must be filed by June 7, 2023.

2. The hearing on Defendants' Motion to Strike (ECF No. 158) shall take place on June 12, 2023, at 10:30 a.m. in Department 5A.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: June 2, 2023

HON. ROGER T. BENITEZ
United States District Judge

2