**Zelle LLP**
Jennifer Duncan Hackett (pro hac vice)
(Active: DC 477433; OR 180905; MD)
James R. Martin (SBN 173329)
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
Fax: (612) 336-9100
jhackett@zellelaw.com
jmartin@zellelaw.com

**Zelle LLP**
Judith A. Zahid (SBN 215418)
James S. Dugan (SBN 325565)
555 12th Street, Suite 1230
Oakland, CA 94607
Tel: (415) 693-0700
jzahid@zellelaw.com
jdugan@zellelaw.com

**The Law Office Of Manuel de la Cerra**
Manuel de la Cerra (SBN 189313)
7040 Avenida Encinas, Suite 104-381
Carlsbad, CA 92011
Tel: (760) 809-2250
manny@delacerralaw.com

*Attorneys for Plaintiff*

**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
949.760.1121

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Sima Namiri-Kalantari (SBN 293876)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **WhiteWater West Industries, Ltd., et al.**, <br><br> Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL <br> Hon. Judge Roger T. Benitez <br><br> **Amended Joint Stipulation re Pre-Trial Procedure** <br><br> Complaint filed: July 29, 2020 <br> Trial: August 11, 2023 |

# JOINT STIPULATION

Per the Court's July 10, 2023 Order, the parties have met and conferred regarding certain pre-trial procedures.  The parties stipulated to the below pretrial dates on July 17, 2023.  On July 24, 2023, the Court advised the parties that trial would begin August 11, 2023 instead of August 8, 2023.  Given the adjustment in the trial date and subject to the Court's approval, the parties agree to amend this stipulation only as to the dates for submitting argument and authority regarding the disputed jury instructions and for exchanging Rule 1006 summaries.  The due date for filing argument on the jury instructions, currently set for August 2, 2023, will now be August 8, 2023.  The deadline for exchanging Rule 1006 summaries will be August 4, 2023.  All other dates in the below stipulation remain the same:

**THE PARTIES HEREBY STIPULATE AND AGREE:**

1. All documents (including attachments) that were included in the parties' respective exhibit lists submitted with the joint proposed pretrial order on June 28, 2023, and to which neither party noted an objection, are deemed admissible at trial.

2. For any document included in the above June 28, 2023 exhibit lists as to which a party noted an objection, either party may file a motion in limine to exclude or admit the exhibit by July 24, 2023, and the other party may file a response by July 31, 2023. As to any other documents on the lists as to which a party noted an objection, admissibility will be addressed at trial.

3. No later than July 20, 2023, Plaintiff will notify Defendants and the Court of which of its two remaining counts it intends to pursue at trial. The other count will be dismissed with prejudice.

4. By July 24, 2023, the parties will meet and confer further regarding jury instructions. By July 27, 2023, the parties will submit revised sets of (1) jointly proposed jury instructions; (2) disputed instructions proposed by Plaintiff; and (3) disputed instructions proposed by Defendants. By August 8, 2023, the parties will submit arguments and authority supporting their positions regarding the disputed instructions.

5. By July 24, 2023, the parties will meet and confer regarding the verdict form. By July 27, 2023, either the parties will submit a joint proposed verdict form, or else each party will submit its own proposed verdict form.

6. By July 24, 2023, the parties will meet and confer regarding any potential written questionnaire to be submitted to prospective jurors. By July 27, 2023, either (1) the parties will submit a joint proposed jury questionnaire, or (2) each party will submit its own proposed questionnaire, if any.

7. The further deposition of Dr. Ilan Guedj ordered by the Court will take place on July 20, 2023. Defendants will submit any further rebuttal expert report of Dr. Jon Tomlin by August 2, 2023.

8. Each party shall disclose to the other, by 9AM on the day of opening statements, any slides or other presentation material that it plans to show to the jury during its opening. If either party intends to show any charts, graphs, or other demonstratives to the jury that are not included in the exhibit lists, whether in opening statement, closing argument, or witness examination, it will disclose them to the other parties by 7pm the day before it shows them. If either party intends to show to the jury in its opening statement any portion of any exhibit to which the other

party has noticed an objection or filed a motion in limine to exclude, it will notify the other party of that intent by 7pm on August 7, 2023.

9. If either party intends to introduce summary evidence pursuant to Fed. R. Evid. 1006, it will disclose those summaries by August 4, 2023.

10. For witnesses testifying by deposition, each party will send the excerpts of the deposition (either by video or transcript) that it intends to introduce as direct testimony to the opposing party no later than 48 hours in advance of the deposition being introduced. The opposing party will send the counter-designations to that testimony no later than 24 hours before the deposition is introduced.

11. The parties agree that there should be ten jurors seated.

                                                      Respectfully submitted,

Dated: July 31, 2023                    **Zelle LLP**

                                      By: */s/ Jennifer Duncan Hackett*
                                             Jennifer Duncan Hackett
                                             Attorney For Plaintiff

Dated: July 31, 2023        **Buchalter APC**

By: _/s/ Joshua M. Robbins_
    Joshua M. Robbins
    Attorney For All Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 31, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: July 31, 2023                By:   */s/ Jennifer Duncan Hackett*