FILED

AUG 0 2 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.,**<br><br>        Plaintiff,<br><br>vs.<br><br>**WhiteWater West Industries, Ltd., et al.,**<br><br>        Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL<br>Hon. Judge Roger T. Benitez<br><br>**Order Granting Joint Stipulation To Dismiss Second Claim for Relief**<br><br>Complaint filed:    July 29, 2020<br><br>[ECF No. 217] |

On July 28, 2023, parties filed a Joint Stipulation to Dismiss Plaintiff's Second Claim for Relief (the "Joint Stipulation"). ECF No. 217. The Court has received and reviewed the parties' Joint Stipulation, and good cause appearing, the Court hereby ORDERS as follows:

1. The parties' Joint Stipulation is hereby GRANTED.

2. Under Federal Rule of Civil Procedure 41(a)(2), the Second Claim for Relief in the Second Amended Complaint, paragraphs 261-271, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  July 28, 2023

_____

Roger T. Benitez
United States District Judge