**Buchalter PC**
Joshua M. Robbins (SBN 270553)
Roger L. Scott (SBN 247165)
Alexandria C. Montes (SBN 309207)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
949.760.1121

**Crowell & Moring LLP**
Daniel A. Sasse (SBN 236234)
Sima Namiri-Kalantari (SBN 293876)
David C. Griffith (SBN 329342)
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
949.263.8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pacific Surf Designs, Inc.**,<br><br>Plaintiff,<br><br>vs.<br><br>**WhiteWater West Industries, Ltd., et al.**,<br><br>Defendants. | CASE NO. 3:20-cv-01464-BEN-DDL<br>Hon. Judge Roger T. Benitez<br><br>**Supplemental Brief In Support of Defendant's Motion in Limine No. 10 to Exclude Argument, Testimony or Evidence Regarding the Death of Yong Yeh's Father; Supplemental Declaration of Joshua Robbins in Support** |

Defendant Whitewater West Industries, Ltd. submits this supplemental brief in support of its motion in limine to exclude evidence or argument regarding the passing of Yong Yeh's father. In opposition to WhiteWater's argument that Yong Yeh has interjected into his prior testimony non-responsive statements about his father's death and implications that it was related to the litigation,[1] Plaintiff Pacific Surf Designs, Inc. states "[l]iterally none of this is true." ECF No. 237 at 3:4-9. PSD's own statement is untrue, and should be corrected.

Mr. Yeh has repeatedly and gratuitously volunteered the misleading and inflammatory inference that his father's 2015[2] death and WhiteWater's filing of litigation are somehow related even when asked about unrelated events that occurred *years* prior, or when he is asked nothing at all, including:

- In response to a question *at trial* about why he decided to form PSD in 2012. Supplemental Declaration of Joshua Robbins ("Robbins Decl"), Ex. 1 [Excerpts from the trial transcript, Case No. 17CV1118-BEN, December 6, 2019, 879:10-11].
- In response to a question about why he left the law firm Weil, Gotshal in 2009. Robbins Decl., Ex. 2 [March 21, 2017 Deposition of Yeh, Case No. 15-CV-1870, 48:18-19].
- During a dispute over how long a lunch breaak the parties should take during deposition, when he was not asked a question. Robbins Decl., Ex. 3 [August 29, 2018 Deposition of Yeh, Case No. 3:17-CV-00501-DMS-NLS, 153:5-7].

---

[1] PSD does not dispute that the fact and timing of Mr. Yeh's father's passing are irrelevant to the issues in this case, and states that its counsel will not deliberately elicit that information from Mr. Yeh. But WhiteWater is concerned that, unless instructed otherwise by the Court, Mr. Yeh plans to simply insert the statement into a response to a question that does not ask for it.
[2] In its motion, WhiteWater inadvertently referred to Yeh's father's death as occurring in 2014. WhiteWater is informed and believes the elder Mr. Yeh passed away in 2015.

WhiteWater did not cite these incidents in its initial brief because it had not expected that the facts would be disputed.

Any further such testimony would be highly prejudicial and should be excluded under Fed. R. Evid. 402 and 403.  PSD and Mr. Yeh must be instructed not to introduce this evidence at all, and certainly not to volunteer it in response to factually and temporally unrelated questions.

DATED:  August 4, 2023

**BUCHALTER**
A Professional Corporation

By: /s/ Joshua M. Robbins
Joshua M. Robbins
Attorneys for Defendants

## SUPPLEMENTAL DECLARATION OF JOSHUA M. ROBBINS

1. I am an attorney at law, licensed to practice before all courts of the State of California, and am admitted to practice in this District. I am a Shareholder at Buchalter, counsel of record for Defendant Whitewater West Industries, Ltd. ("WhiteWater") in this action filed by Plaintiff Pacific Surf Designs, Inc. ("PSD"). I have personal knowledge of the facts set forth below and if called upon to do so, could competently testify to them.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the trial transcript, Case No. 17-CV1118-BEN, December 6, 2019, 879:10-11.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the March 21, 2017 deposition of Yong Yeh in Case No. 15-CV-1870, 48:18-19.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the August 29, 2018 Deposition of Yong Yeh, Case No. 3:17-CV-00501-DMS-NLS, 153:5-7.

I declare under the laws of the United States that the foregoing is true and correct. Executed on August 4, 2023 in Irvine, California.

By: _____
Joshua M. Robbins

EXHIBIT 1

```
 1                    United States District Court
 2                 for the Southern District of California
 3
 4
                                          )
 5   WHITEWATER WEST INDUSTRIES,           )
     LTD., a Canadian Corporation,         )   No. 17cv1118-BEN
 6                                         )
            Plaintiff,                     )   December 6, 2019
 7                                         )
                 v.                        )   San Diego, California
 8                                         )
     PACIFIC SURF DESIGNS, INC., a         )
 9   Delaware Corporation, and FLOW        )
     SERVICES, INC., a California          )
10   Corporation,
11          Defendants.
12
                              VOLUME 4B
13                      TRANSCRIPT OF JURY TRIAL
                  BEFORE THE HONORABLE ROGER T. BENITEZ
14                    United States District Judge
15   APPEARANCES:
16   For the Plaintiff:       SNELL & WILLMER LLP
                                    WILLIAM S. O'HARE
17
                              BUCHALTER
18                                  ROGER L. SCOTT
19   For the Defendants:      THOMAS WHITELAW & KOLEGRAFF LLP
                                    JOSEPH E. THOMAS
20                                  WILLIAM J. KOLEGRAFF
21
22
     Court Reporter:          Dana Peabody, RDR, CRR
23                            District Court Clerk's Office
                              333 West Broadway, Suite 420
24                            San Diego, California 92101
                              DanaPeabodyCSR@gmail.com
25
```

```
1   Case:  WhiteWater v. Pacific Surf Designs, Inc.
    Date:  December 6, 2019
2

3
                         INDEX OF WITNESSES
4
    FOR THE DEFENDANTS:
5                             E X A M I N A T I O N
                                 DIRECT   CROSS  REDIRECT  RECROSS
6
    Richard Alleshouse
7     Mr. Kolegraff              785                        874
      Mr. O'Hare                          822
8
    Yong Yeh
9     Mr. Thomas                 877
```

|  |  |
|---|---|
| 03:24 | 1   qualified to take the patent bar, but you haven't done that |
|  | 2   process, correct? |
|  | 3   A.  That's correct, sir. |
|  | 4   Q.  Let's go back to Pacific Surf Designs. |
| 03:24 | 5       When did you first get involved with Mr. Alleshouse in |
|  | 6   deciding to form this company? |
|  | 7   A.  Back in the spring of 2012, I had left Cooley, which was |
|  | 8   the law firm I was at, to -- at the time my father was quite |
|  | 9   ill and was on his way out, so I kind of wanted to spend as |
| 03:24 | 10  much time with him before he went.  He ended up passing away |
|  | 11  the day after Whitewater sued us, so you'll learn about that. |
|  | 12  But then I was doing some investing on behalf of my family's |
|  | 13  venture business, and I have a foundation myself, so I was |
|  | 14  doing some charitable work. |
| 03:24 | 15  Q.  Okay. |
|  | 16  A.  And so then that's when I found out my wife was pregnant |
|  | 17  with our first daughter, and I went and called Richard, because |
|  | 18  he was one of my good friends from college, to let him know, |
|  | 19  and we kind of started talking, and he was at a point in his |
| 03:25 | 20  life where he wanted to do something different, and I was at |
|  | 21  the same junction in my life as well. |
|  | 22  Q.  When was that phone call?  Do you recall? |
|  | 23  A.  July, maybe June, July 2012. |
|  | 24  Q.  Okay.  So you originally -- you just called him to give him |
| 03:25 | 25  news and updates about you and your wife and your first child? |

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF CALIFORNIA
 3
     FLOWRIDER SURF, LTD., a          )
 4   Canadian corporation and SURF    )
     WAVES, LTD. a company            )
 5   incorporated in the United       )
     Kingdom,                         )
 6                                    )
              Plaintiffs              )
 7                                    )
              vs.                     )   15-cv-1870
 8                                    )
     PACIFIC SURF DESIGNS, INC.,      )
 9   a Delaware corporation,          )
                                      )
10            Defendant               )
     _____)
11
12
13          CONFIDENTIAL - ATTORNEYS EYES ONLY
14            Videotaped Deposition of Yong Yeh
15               30(b)(6) Pacific Surf Designs
16                  San Francisco, California
17                 Tuesday, March 21, 2017
18                         Volume 1
19
20
21   Reported by:
22   JOANNE M. FARRELL, RPR, CRR
23   CSR Nos. 4838(CA)  506(HI)  507(NM)
24   Job No. 2557568
25
```

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3
      FLOWRIDER SURF, LTD., a         )
 4    Canadian corporation and SURF   )
      WAVES, LTD. a company           )
 5    incorporated in the United      )
      Kingdom,                        )
 6                                    )
                Plaintiffs            )
 7                                    )
                vs.                   )  15-cv-1870
 8                                    )
      PACIFIC SURF DESIGNS, INC.,     )
 9    a Delaware corporation,         )
                                      )
10              Defendant             )
      _____)
11
12
13          Videotaped Deposition of Yong Yeh, Volume
14    1, 30(b)(6) Pacific Surf Designs, taken on behalf of
15    Plaintiffs, at 580 California Street, Suite 1100,
16    San Francisco, California 94104, beginning at 9:04
17    a.m., on Tuesday, March 21, 2017, before Joanne M.
18    Farrell, Certified Shorthand Reporter No. 4838.
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1        Q.   How long were you there?                    09:56:01
 2        A.   A little bit over two years.
 3        Q.   And did you focus on taxation at Weil,
 4   Gotshal?
 5        A.   We focused on corporate taxation.            09:56:09
 6        Q.   And did you have a specific area of
 7   practice?
 8        A.   Yeah, employee benefits and ERISA and
 9   executive compensation.
10        Q.   Thank you.  And after you left Weil,         09:56:21
11   Gotshal, where did you go next?
12        A.   The next law firm was Morrison Foerster.
13        Q.   And why did you leave Weil, Gotshal for
14   Morrison Foerster?
15        A.   My father was ill and I wanted to return     09:56:36
16   home.
17        Q.   I'm sorry about your father.
18        A.   Yeah, he passed away on the first day of
19   this lawsuit.
20        Q.   I recall that conversation.  I think I had   09:56:45
21   it with Mark.  And again, I'm sorry for timing.
22             And how long were you at
23   Morrison & Foerster?
24        A.   I believe a year and a half or a year.  I
25   need to confirm.                                       09:57:00
```

Page 48

EXHIBIT 3

CONFIDENTIAL

```
               UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
 _____
                                )
 WHITEWATER WEST                )
 INDUSTRIES, LTD., a Canadian   )
 corporation,                   )
                                )
          Plaintiff,            )
                                )
     vs.                        ) Case No.
                                ) 3:17-CV-00501-DMS-NLS
 RICHARD ALLESHOUSE, an         )
 individual, YONG YEH, an       )
 individual, and PACIFIC SURF   )
 DESIGNS, INC., a Delaware      )
 corporation,                   )
                                )
          Defendant.            )
 _____)
```

   CONFIDENTIAL VIDEOTAPED DEPOSITION OF YONG YEH
            San Francisco, California
            Wednesday, August 29, 2018
                    Volume I

Reported by:
CHRIS TE SELLE
CSR No. 10836
Job No. 2994796
PAGES 1 - 324
PAGES: 224-234, 266-269, 287-289 ATTORNEYS' EYES ONLY

Page 1

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF CALIFORNIA
 3   _____
                                    )
 4   WHITEWATER WEST                )
     INDUSTRIES, LTD., a Canadian   )
 5   corporation,                   )
                                    )
 6           Plaintiff,             )
                                    )
 7      vs.                         ) Case No.
                                    ) 3:17-CV-00501-DMS-NLS
 8   RICHARD ALLESHOUSE, an         )
     individual, YONG YEH, an       )
 9   individual, and PACIFIC SURF   )
     DESIGNS, INC., a Delaware      )
10   corporation,                   )
                                    )
11           Defendant.             )
     _____ )
12
13
14        Confidential Videotaped Deposition of YONG
15   YEH, Volume I, taken on behalf of Plaintiff, at the
16   Law Offices of Buchalter, 55 Second Street, Suite
17   1700, San Francisco, California, beginning at 9:24
18   a.m. and ending at 5:20 p.m., on Wednesday,
19   August 29, 2018, before Chris Te Selle, Certified
20   Shorthand Reporter No. 10836.
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | need to make that relatively short.  I'd like to | 12:11:58 |
| 2 | finish the seven hours today. | |
| 3 |     MR. SCOTT:  I will be taking a one hour lunch. | |
| 4 | The witness knew he was here for seven hours, so, | |
| 5 | we'll deal with it. | 12:12:07 |
| 6 |     MR. MAO:  No.  You're going to do something | |
| 7 | less than an hour. | |
| 8 |     MR. SCOTT:  I'm going to go to lunch now. | |
| 9 |     MR. MAO:  And I'm going to put on the record | |
| 10 | that we're back before an hour. | 12:12:19 |
| 11 |     MR. SCOTT:  Then you're welcome to do that.  I | |
| 12 | will be back when I'm done with lunch. | |
| 13 |     MR. MAO:  Okay. | |
| 14 |     THE COURT REPORTER:  Do both parties agree to | |
| 15 | go off the record? | 12:12:32 |
| 16 |     MR. SCOTT:  Whitewater agrees to go off the | |
| 17 | record. | |
| 18 |     MR. MAO:  Or we could leave it on the record, | |
| 19 | because we'll be back before 1. | |
| 20 |     MR. TACHE:  We can call the court. | 12:12:44 |
| 21 |     MR. SCOTT:  It's time for a lunch break.  If | |
| 22 | you would like to call the court clerk to discuss | |
| 23 | whether we're going to -- | |
| 24 |     MR. MAO:  I'm not. | |
| 25 |     MR. SCOTT:  -- take a lunch break -- | 12:12:50 |

Page 152

```
 1        MR. MAO:  I'm not calling the clerk.  I'm just      12:12:50
 2   telling you, just propose something less than an
 3   hour.  He's trying to make one of his daughter's
 4   recitals.  You can't understand that?
 5        THE WITNESS:  No, that's fine.  If they want to     12:12:59
 6   do that, it's -- whatever.  They sued, they sued me
 7   on the day my dad died.  It's like, they care, so --
 8        MR. MAO:  Really, Roger, that's what you want
 9   to go to the court on?  It's your depo.
10        MR. SCOTT:  I'm taking a lunch break.               12:13:10
11        MR. MAO:  I asked you for something less than
12   an hour.
13        MR. SCOTT:  I understand that.  I'm not from
14   here.  I don't know where lunch places are.  I don't
15   know how long it's going to take me.                     12:13:19
16        THE WITNESS:  That's fine.  They can do their
17   fishing expedition after lunch.  Let's go.
18        MR. MAO:  Let's go off the record.  Thank you.
19        THE COURT REPORTER:  Counsel, go off the
20   record?                                                  12:13:33
21        MR. SCOTT:  Yes, please.
22        THE VIDEOGRAPHER:  The time is 12:13 p.m.  We
23   are off the record.
24              (Luncheon recess:  12:13 p.m.)
25
```

Page 153