# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Surf Designs, Inc.<br><br>PSD,<br><br>v.<br><br>WhiteWater West Industries, Ltd., et al.,<br><br>WhiteWater. | Case No. 3:20-cv-01464-BEN-DDL<br><br>VERDICT FORM |



FILED
AUG 28 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

VERDICT FORM
Case No. 3:20-cv-01464-BEN-DDL

Ladies and Gentlemen of the Jury:

Your verdict in this case will consist of answers to the questions stated below. When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As soon as all of you agree upon each answer as required by the directions, the foreperson must sign and date this Verdict Form on the last page and notify the court clerk, who will arrange for you to return to the courtroom.

For the purposes of this Verdict Form:

"PSD" refers to the PSD in this action, Pacific Surf Designs, Inc.

"WhiteWater" refers to the WhiteWater in this action, WhiteWater West Industries, Ltd.

"ADG" refers to Aquatic Development Group, Inc.

We, the jury, unanimously find as follows:

**Relevant Market**

1. Has PSD proven by a preponderance of the evidence that the relevant product market in this case is sheet wave machines using sheet wave technology?

    Yes __✓__    No _____

    *"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

    *If your answer is "Yes," proceed to Question 2.*

    *If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

2. Has PSD proven by a preponderance of the evidence that the relevant geographic market in this case is worldwide, excluding China?

    Yes __✓__    No _____

    *"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

    *If your answer is "Yes," proceed to Question 3.*

    *If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

**Anticompetitive Conduct**

3. Has PSD proven by clear and convincing evidence that the prior litigation, viewed as a whole, was objectively baseless and pursued in bad faith?

    Yes _____    No __✓__

    *"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

    *If your answer is "Yes," proceed to Question 4.*

    *If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict.*

4. Has PSD proven by a preponderance of the evidence that WhiteWater made negative statements about PSD which constituted disparagement?

     Yes _____    No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 5.*

*If your answer is "No," you may not consider any negative statements WhiteWater made about PSD when determining your answer to Questions 5 and 7.*

5. Has PSD proven by a preponderance of the evidence that WhiteWater's conduct identified in Questions 3 and 4 harmed competition in the relevant market?

     Yes _____    No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 6.*

*If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

## Violation of the Sherman Act: Monopolization

6. Has PSD proven by a preponderance of the evidence that WhiteWater and Aquatic Development Group, Inc. ("ADG") operated as a single entity for antitrust purposes, and that therefore WhiteWater and ADG's market shares can be combined?

     Yes _____    No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to question 7.*

*If your answer is "No," you may only consider WhiteWater's market share when answering all other questions.*

7. Did PSD prove by a preponderance of the evidence that WhiteWater possessed monopoly power in the relevant market from 2013-2020?

                Yes _____          No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 8.*

*If your answer is "No," please proceed to Question 9.*

8. Did PSD prove by a preponderance of the evidence that WhiteWater willfully acquired or maintained monopoly power in the relevant market by engaging in the anticompetitive conduct?

                Yes _____          No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 11.*

*If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

## Violation of the Sherman Act: Attempted Monopolization

9. Has PSD proven by a preponderance of the evidence that WhiteWater had a specific intent to achieve monopoly power in the relevant market?

                Yes _____          No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 10.*

*If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

10. Has PSD proven by a preponderance of the evidence that there was a dangerous probability that WhiteWater would succeed in achieving monopoly power in the relevant market?

Yes _____      No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 11.*

*If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

**Antitrust Injury**

11. Has PSD proven by a preponderance of the evidence that WhiteWater's anticompetitive conduct was a material cause of PSD's injury?

Yes _____      No _____

*"Yes" is a finding for PSD. "No" is a finding for WhiteWater.*

*If your answer is "Yes," proceed to Question 12.*

*If your answer is "No," do not consider any additional questions. Please sign this verdict sheet and inform the court clerk / bailiff that you have reached a verdict*

**Damages**

12. Please indicate the amount of damages you are awarding to PSD.

$ _____

*If you find that PSD has provided a reasonable basis for determining damages, then you may award damages based on a just and reasonable estimate supported by the evidence.*

_Nathan Carlson_
Presiding Juror

08/28/2023
Date